BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

Attorneys for Defendants

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JAMES WARD, JR., individually,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL WILUSZ, individually; ITP EXPRESS, INC.; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.   2:12-cv-01877-JCM-GWF<br><br>**STIPULATION AND ORDER FOR PROTECTIVE ORDER RE MEDICAL RECORDS** |

    Plaintiff and Defendants stipulate and agree, by and through their undersigned counsel of record, that a protective order be issued:

    a) Prohibiting the parties from using or disclosing Plaintiff's protected medical information outside this litigation without Plaintiff's written consent; and

/ / /

/ / /

/ / /

/ / /

/ / /

b) Requiring the parties to return the protected medical records to the entity that provided them; or alternatively, destroying the protected medical information and all copies once the litigation has ended.

| DATED this 31 day of May, 2013. | DATED this 31 day of May, 2013. |
|---|---|
| /s/ Michael Hottman<br>BRUCE SCOTT DICKINSON<br>Nevada Bar No. 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>STEPHENSON & DICKINSON<br>2820 W. Charleston Blvd., Suite 19<br>Las Vegas, Nevada 89102<br>P: 702-474-7229<br>F: 702-474-7237<br>*Attorneys for Defendants* | /s/ Craig Henderson<br>ADAM SMITH, ESQ.<br>Nevada Bar No.: 009690<br>CRAIG HENDERSON, ESQ.<br>Nevada Bar No.: 010077<br>GLEN LERNER INJURY ATTORNEYS<br>4795 South Durango Drive<br>Las Vegas, NV 89147<br>T – 877-1500<br>F – 877-0110<br>*Attorneys for Plaintiff* |

## ORDER

**It is so ordered.**

DATED this 3rd day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

2